**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**ANTONIO BERRY, #03256-043**                                    **PETITIONER**

**VERSUS**                              **CIVIL ACTION NO. 5:06cv171DCB-MTP**

**CONSTANCE REESE, Warden FCI-Yazoo; ET AL.**                  **RESPONDENTS**

**FINAL JUDGMENT**

This cause is before the Court, <u>sua</u> <u>sponte</u>, for consideration of dismissal.  Pursuant to the

memorandum opinion issued this day, it is hereby,

ORDERED AND ADJUDGED that this cause filed pursuant to 28 U.S.C. § 2241 be

dismissed as frivolous, without prejudice, and to the extent that the petition can be construed as a

§ 2255 motion it shall be dismissed for this Court's lack of jurisdiction, with prejudice.

SO ORDERED AND ADJUDGED, this the 3rd day of January, 2007.


                                    S/DAVID BRAMLETTE_____
                                    UNITED STATES DISTRICT JUDGE